

1  David R. Flyer, Bar #100697
   A Professional Law Corporation
2  davidflyerplc@aol.com
   4120 Birch St., Ste. 101
3  Newport Beach, CA 92660
   (949) 622-8444
4  (949) 622-8448 (fax)
   DavidFlyerPLC@aol.com
5
   Attorneys for Plaintiff
6  WARREN SCOTT DISTRIBUTORS, INC.

7

8              IN THE UNITED STATE DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  WARREN SCOTT DISTRIBUTORS, INC.,      )  Case No.
                                          )
12                  Plaintiffs,           )
                                          )
13      vs.                               )  COMPLAINT FOR PATENT
                                          )  INFRINGEMENT AND DEMAND FOR
14  SEARS, ROEBUCK & COMPANY; WAL-        )  JURY TRIAL
    MART STORES, INC.; STAR ASIA, USA,    )
15  LLC, DBA TITAN; NEWEGG, INC., DBA     )
    NEWEGG.COM; RESTOCKIT, LLC, DBA       )
16  RESTOCKIT.COM; TOOL FETCH, LLC;       )
    TOOLKING, LLC, DBA TOOLKING.COM;      )
17  GREAT AMERICAN, INCORPORATED, DBA     )
    DISCOUNT FLEET SUPPLY AND/OR          )
18  DISCOUNTFLEETSUPPLY.COM; GREAT        )
    DEALS, INC., DBA AUTO TOOL WORLD;     )
19  UNIQUE TRUCK EQUIPMENT, INC.;         )
    QUALITY TOOLS FOR LESS, LLC;          )
20  TOOLTOPIA, LLC, DBA TOOLTOPIA.COM;    )
    ROCK BOTTOM PRICING, INC.;            )
21  UNBEATABLESALE.COM, INC.; FREEDOM     )
    USA, INCORPORATED, DBA AVADIRECT      )
22  CUSTOM COMPUTERS, DBA                 )
    ANTARESPRO; DYNAMITE TOOL CO.;        )
23  MONSTRONIX, INC.; FIND IMPORT         )
    CORPORATION, DBA OPENTIP.COM; ERIS    )
24  MARKETING, LLC; TOOLSOURCE.COM,       )
    INC.; and DOES 1-10, INCLUSIVE,       )
25                                        )
                    Defendants.           )
26  _____)

27      Plaintiff WARREN SCOTT DISTRIBUTORS, INC., by and through its attorneys,

28  allege and aver as follows:

                                   -1-
─────────────────────────────────────────────────────
            COMPLAINT FOR PATENT INFRINGEMENT

**THE PARTIES**

1.      WARREN SCOTT DISTRIBUTORS, INC., ("WARREN") is a corporation organized and existing under the laws of the State of California.  WARREN's principal place of business is in Mission Viejo, California.  WARREN manufactures and sells hand tools, including wrench sets.

2.      Defendant SEARS, ROEBUCK & CO., ("SEARS") is a corporation organized and existing under the laws of the State of New York, with a regular and established business in Orange County, California.  Defendant WAL-MART STORES, INC., ("WAL-MART") is a corporation organized and existing under the laws of the State of Delaware, with a regular and established business in Orange County, California.  Defendant STAR ASIA, USA, LLC, dba "TITAN," ("STAR ASIA") is a limited liability company organized under the laws of the State of Washington, doing business in Orange County, California.   Defendant NEWEGG, INC., dba NEWEGG.COM ("NEWEGG") is a corporation organized and existing under the laws of the State of Delaware, doing business in Orange County, California, with a principal place of business in City of Industry, California. Defendant RESTOCKIT, LLC, dba RESTOCKIT.COM ("RESTOCKIT") is an entity doing business in Orange County, California, with a principal place of business in Davie, Florida.  Defendant TOOL FETCH, LLC ("TOOL FETCH") is an entity doing business in Orange County, California, with a principal place of business in Mamaroneck, New York. Defendant TOOLKING, LLC, dba TOOLKING.COM ("TOOLKING") is an entity doing business in Orange County, California, with a principal place of business in Lakewood, Colorado.  Defendant GREAT AMERICAN, INCORPORATED, dba DISCOUNT FLEET SUPPLY and/or DISCOUNTFLEETSUPPLY.COM ("DISCOUNT FLEET") is an entity doing business in Orange County, California, with a principal place of business in Lithia, Georgia. Defendant GREAT DEALS, INC., dba AUTO TOOL WORLD ("AUTO TOOL") is an entity doing business in Orange County, California, with a principal place of business in Lewis Center, Ohio.  Defendant UNIQUE TRUCK EQUIPMENT, INC., ("UNIQUE TRUCK") is an entity doing business in Orange County, California, with a principal place of business in Grand Rapids, Michigan. Defendant QUALITY TOOLS FOR LESS, LLC ("QUALITY TOOLS") is an

-2-
COMPLAINT FOR PATENT INFRINGEMENT

entity doing business in Orange County, California, with a principal place of business in Parker, Colorado.  Defendant TOOLTOPIA, LLC., dba TOOLTOPIA.COM ("TOOLTOPIA") is an entity doing business in Orange County, California, with a principal place of business in Shreveport, Louisiana.  Defendant ROCK BOTTOM PRICING, INC., ("ROCK BOTTOM") is an entity doing business in Orange County, California, with a principal place of business in Tacoma, Washington.  Defendant UNBEATABLESALE.COM, INC., ("UNBEATABLESALE") is an entity doing business in Orange County, California, with a principal place of business in Lakewood, New Jersey.  Defendant FREEDOM USA, INC., dba AVADIRECT CUSTOM COMPUTERS, and/or dba ANTARESPRO ("ANTARESPRO") is an entity doing business in Orange County, California, with a principal place of business in Twinsburg, Ohio.  Defendant DYNAMITE TOOL CO., ("DYNAMITE TOOL") is an entity doing business in Orange County, California, with a principal place of business in Bohemia, New York.   Defendant MONSTRONIX, INC., ("MONSTRONIX") is a corporation doing business in Orange County, California, with a principal place of business in Chicago, Illinois.  Defendant FIND IMPORT CORPORATION, dba OPENTIP.COM ("OPENTIP.COM") is an entity doing business in Orange County, California, with a principal place of business in Cambridge, Massachusetts. Defendant ERIS MARKETING, LLC ("ERIS") is an entity doing business in Orange County, California, with a principal place of business in Galloway, Ohio.   Defendant TOOLSOURCE.COM, INC. ("TOOLSOURCE") is an entity doing business in Orange County, California, with a principal place of business in Ellicottville, New York.

3.     Plaintiff is unaware of the true identities of DOES 1 through 10, inclusive, and accordingly sues said Defendants by fictitious names.  Plaintiff will ask leave of Court to amend the Complaint to insert the true names of said Defendants when ascertained.  Said Defendants are responsible for the events and damages set forth below.

4.     Each of the Defendants was the agent, servant and/or employee of the remaining Defendants, and in doing the things herein alleged was acting in the scope of said agency or employment and/or in concert with said other Defendants, and/or ratified the acts of said Defendants.

[C:\All Files\A1783\Complaint-01.pld.wpd]

**JURISDICTION AND VENUE**

5.      This action for patent infringement arises under the Patent Laws of the United States, *Title 35, United States Code*, including *35 U.S.C. §§271, 281-285* and *289.*

6.      Jurisdiction is confered on this Court pursuant to *28 U.S.C. §1338(a)*.

7.      Venue is proper in this District under *28 U.S.C. §§1391 and 1400(b)*.

**PATENTS IN SUIT**

8.      On September 3, 2002, U.S. Patent No. 6443039, entitled WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER, ("the '039 Patent") was duly and legally issued to inventor Mark S. Warner and assigned to Mark Warner and Paul Petersen.  A copy of the '039 Patent is attached hereto as Exhibit "A."

9.      On February 10, 2004, U.S. Patent No. 6688196, entitled WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER, ("the '196 Patent") was duly and legally issued to inventor Mark S. Warner and assigned to Mark S. Warner and Paul W. Petersen.  A copy of the '196 Patent is attached hereto as Exhibit "B."

10.      Mark S. Warner and Paul W. Petersen transferred to WARREN all rights, title and interest in the inventions  described in the '039 and '196 Patents.

**<u>COUNT I</u>**

**(Direct Infringement)**

11.      The allegations of paragraphs 1 through 10 above are repeated and realleged as if set forth fully herein.

12.      Upon information and belief, Defendants SEARS, WAL-MART, STAR ASIA, NEWEGG, RESTOCKIT, TOOL FETCH, TOOLKING, DISCOUNT FLEET, AUTO TOOL, UNIQUE TRUCK, QUALITY TOOLS, TOOLTOPIA, ROCK BOTTOM, UNBEATABLESALE, ANTARESPRO, DYNAMITE TOOL, MONSTRONIX, OPENTIP.COM, ERIS, TOOLSOURCE, and DOES 1-10, INCLUSIVE infringed and are presently infringing the '039 and '196 Patents by making, using, selling, importing and/or offering to sell within the United States, and within this Judicial District, products that employ the inventions of the said Patents.  The products which disparage Plaintiff's patented inventions are sometimes referred to as "Titan," and

[C:\All Files\A1783\Complaint-01.pld.wpd]

1    alternatively, without any significant change in appearance or performance, as "Iwata Titan."

2        13.    Upon information and belief, the infringement by said Defendants has been

3    willful and deliberate.

4        14.    Plaintiff has been damaged as a result of the infringing activities of said

5    Defendants and will continue to be damaged unless such activities are enjoined by this Court.

6                                    **<u>COUNT II</u>**

7                              **(Doctrine of Equivalents)**

8        15.    The allegations of paragraphs 1 through 14 above are repeated and realleged

9    as if fully set forth herein.

10       16.    Plaintiff alleges that the products being sold by Defendants are different only in

11   minor and unimportant ways from the inventions for which Patent Nos. '039 and '196 were

12   issued to Plaintiff.  Defendants' products appear in substantially the same shape and form as

13   the patented inventions.  There are no material differences between them.  Therefore,

14   Defendants' sale of products, which are virtually identical to the patented inventions described

15   in Paragraph Nos. 8-9, infringe on Plaintiff's Patents.

16       WHEREFORE, WARREN prays for judgment and relief including:

17       (a)    a declaration that Defendants SEARS, ROEBUCK & COMPANY; WAL-MART

18   STORES, INC.; STAR ASIA, USA, LLC; NEWEGG; RESTOCKIT; TOOL FETCH; TOOLKING;

19   DISCOUNT FLEET; AUTO TOOL; UNIQUE TRUCK; QUALITY TOOLS; TOOLTOPIA; ROCK

20   BOTTOM; UNBEATABLESALE; ANTARESPRO; DYNAMITE TOOL; MONSTRONIX;

21   OPENTIP.COM, ERIS, and TOOLSOURCE, infringed the '039 and '196 Patents;

22       (b)    an injunction against Defendants  continued infringement of the said Patents;

23       (c)    an accounting for damages resulting from Defendants' infringement and that the

24   damages so ascertained be trebled because of the willful and deliberate nature of Defendants'

25   conduct;

26       (d)    the disgorgement of Defendants' total profits from sale of said infringing

27   products;

28       (e)    an assessment of interest on the damages so computed;

**COMPLAINT FOR PATENT INFRINGEMENT**
[C:\All Files\A1783\Complaint-01.pld.wpd]

1    (f)    an award of WARREN's attorneys fees and costs of this action; and

2    (g)    such other and further relief as this Court deems just and appropriate.

3    **PLAINTIFF WARREN SCOTT DISTRIBUTORS, INC., DEMANDS A TRIAL BY JURY**

4  **ON ALL ISSUES SO TRIABLE.**

5                                                     Respectfully submitted,

6                                                     DAVID R. FLYER, A PROFESSIONAL
                                                       LAW CORPORATION
7

8  Dated:  January 5, 2012                BY:  _____
                                                       David R. Flyer
9                                                     Attorneys for Plaintiff
                                                       WARREN SCOTT DISTRIBUTORS, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

**EXHIBIT  A**



US006443039B1

(12) **United States Patent**
Warner

(10) Patent No.: **US 6,443,039 B1**
(45) **Date of Patent:** **Sep. 3, 2002**

(54) **WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER**

(75) Inventor: **Mark S. Warner**, Mission Viejo, CA (US)

(73) Assignees: **Mark Warner**, Mission Viejo, CA (US); **Paul Petersen**, Mission Viejo, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/649,745

(22) Filed: **Aug. 28, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/542,824, filed on Apr. 4, 2000, now Pat. No. 6,314,844.

(51) Int. Cl.7 ................................................. B25B 23/00
(52) U.S. Cl. ......................................... 81/440; 81/177.6
(58) Field of Search ................................. 81/440, 177.2, 81/177.6, 177.7, 458, 488; 7/165, 100

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,302,197 A * 4/1919 Miller et al. ............... 81/125.1

2,679,778 A * 6/1954 Krafft ........................... 81/439
2,951,405 A * 9/1960 Engquist ....................... 81/440
4,271,731 A * 6/1981 Suligoy et al. ............... 81/440
6,016,728 A * 1/2000 Bohl ............................. 81/437

FOREIGN PATENT DOCUMENTS

GB 2 050 899 A * 1/1981 .................. 81/450

* cited by examiner

Primary Examiner—Joseph J. Hail, III
Assistant Examiner—David B. Thomas
(74) Attorney, Agent, or Firm—Wu & Cheung, LLP; Charles C. H. Wu

(57) **ABSTRACT**

A wrench having two driving stems pivotally connected with each other. One of the driving stems has a main stem and a female joint protruding from a rectangular or cylindrical section of the main stem with a hole at a center thereof. The other driving stem has the other main stem and a male joint projecting out of the center of a rectangular or cylindrical section of the main stem. The male joint and the female joint are engaged with each other via a coupler such as a roll pin. Therefore, without using an additional hinge or other mechanical coupler, these two driving stems are pivotally connected with each other.

**6 Claims, 9 Drawing Sheets**





Fig. 1 (c)



Fig. 1(a)          Fig. 1 (b)



Fig.1(d)        Fig.1(e)



FIG. 1(f)



FIG. 1(g)

**U.S. Patent**          Sep. 3, 2002          Sheet 5 of 9          **US 6,443,039 B1**





Fig. 2(d)

Fig. 2(c)

Fig. 2(a)

Fig. 2(b)



Fig. 3(c)



Fig. 3(d)

22

12

Fig. 3(a)

20

III        III

Fig. 3(b)



Fig. 4



Fig. 5(d)

Fig. 5(a)

Fig. 5(b)



Fig. 5(c)





Fig. 6(d)

Fig. 6(c)

Fig. 6(a)

Fig. 6(b)

US 6,443,039 B1

**1**

# WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER

## CROSS REFERENCE

This application is a continuation in part of the parent application Ser. No. 09/542,824 filed Apr. 4, 2000, now U.S. Pat. No. 6,314,844 the full disclosure of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates in general to a wrench having two driving stems pivotally connected with each other. More particularly, this invention relates to a hex key type or Allen wrench having two individual driving stems pivotally connected with each other.

### 2. Description of the Related Art

A conventional wrench, for example, an Allen wrench, used for gripping and turning or twisting the head of a bolt, a cap screw, a nut, a pipe, or the like commonly comprises a one-piece L-shape metal with one end used as the driving stem and the other end used as a handle.

In U.S. Pat. No. 5,943,925, Huang discloses a tool having a foldable structure. The foldable structure disclosed by Huang comprises a coupler pivotally coupled between a driving stem and a handle. Applying the foldable structure to the Allen wrench, the driving stem can be folded in parallel with the handle, that is, with a zero angle relative to the handle. This results in a more compact space for storing the tool. In Huang, with respect to the handle, the driving stem can be rotated from an angle of zero degrees to an angle of 180 degrees. While turning a bolt in a limited space, for example, around the boundary of two perpendicularly joint planes, the handle of the Allen wrench adopting the foldable structure disclosed by Huang can only be turned between zero degrees to 180 degrees along a surface perpendicular to the driving stem. When a half circle of the turning action is complete, the user has to disengage the wrench from the bolt. By repositioning the handle to the original point of the turning action, the turning action is repeated until the bolt is fastened as required.

In other words, while tightening/untightening a screw, a bolt or a nut in a plane with a limited degree of freedom, a user may need to repeat engaging and disengaging the driving stem to reposition the handle. Moreover, using this conventional structure, there is only one end of the wrench that can be used as the driving tool while the other end is used as a handle only. When a different torque is required, or a screw, a bolt or a nut with different depth is to be driven thereby, a different driving stem has to be connected and reassembled.

## SUMMARY OF THE INVENTION

The invention provides a wrench having two driving stems pivotally connected with each other. One of the driving stems has a female fork joint protruding from the main stem with a hole at the center thereof. The other driving stem has a male connecting joint protruding form the axial center of the main stem. The male joint and the female joint are engaged with each other via a connector such as a roll pin. Therefore, without using an additional hinge or other mechanical coupler, these two driving stems are pivotally connected with each other. One of these two pivotally connected driving stems flips from an angle of about 90 degrees to an angle of about 270 degrees relative to the other.

**2**

Thus arranged, one of the driving stems used as a handle can flip with an angle from about 90 degrees to about 270 degrees with respect to the other of the driving stems used for driving a screw, a bolt or a nut. Therefore, when the rotation of the handle is obstructed, the handle can be lifted up or down to perform fastening or removing. The specific flipping angle of the handle actually depends on the distance between the driving stems. That is, the handle can also be flipped from an angle less than 90 degrees to an angle larger than 270 degrees.

The applicability of the wrench structure provided by the invention is also applicable for driving a socket head screw, bolt or nut in a space with limited degree of freedom, for example, in the situation that the rotation of the handle is obstructed by the presence of an object. For example, while driving a socket head cap screw on a plane with a second plane protruding nearby, the screw is engaged with the driving stem, and the handle is turned to drive the driving stem, so as to thread/unthread the screw. Being obstructed by the protruding object, the rotating range of the handle is limited within a certain angle along a surface parallel to the first plane. When the rotating action of the handle is from one end to the other, that is, from an angle of zero degree to the certain degree along the surface, the user does not need to disengage the driving stem from the nut. Instead, the user can simply flip the handle to the other end, that is, from the angle of 90 degrees to 270 degrees relative to the driving stem, and carry on driving the screw.

In addition, with the structure of two driving stems pivotally connected together, one may choose either one of the driving stems as a handle, and the other driving stem to engage and drive an object, for example, a screw, a nut, a bolt or the like. When an object with a different depth is to be engaged and driven, or when a different torque is required, one may interchange the functions of these two driving stems. Further, in certain circumstances, the user may choose to align the two stems with each other (at zero degree angle) and drive the object by applying a socket wrench to the free end of the stem opposite the driving stem.

Both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention, as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) to FIG. 1(g) are side and front views of a wrench with one driving stem positioned perpendicularly to the other driving stem in accordance with the present invention;

FIG. 2(a) to FIG. 2(d) show different views of one of the driving stems with a female joint in accordance with the present invention;

FIG. 3(a) to FIG. 3(d) show different views of one of the driving stems with a male joint in accordance with the present invention;

FIG. 4 shows the method of assembling two driving stems in accordance with present invention;

FIG. 5(a) to FIG. 5(d) are different views of a driving stem with a male joint in another embodiment according to the invention (i.e. an alternative design with greater strength male joint); and

FIG. 6(a) to FIG. 6(d) are different views of a driving stem with a female joint in another embodiment according to the invention (i.e., an alternative design with greater strength female joint.)

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. 1(a) to 6(e) illustrate the present invention embodied by a hex-key type or Allen wrench with two driving

US 6,443,039 B1

3

stems pivotally connected with each other. Being pivotally connected, one of the driving stems is used as a handle to drive the other driving stem so that an object such as a socket head nut, screw or bolt can be threaded or unthreaded. When one is threading/unthreading the object, the handle can be flipped from an angle of about 90 degrees to about 270 degrees with respect to the driving stem used to unthread/unthread the object. In this manner, even with the presence of an object that obstructs the threading/unthreading operation, the user does not need to disengage the object and rotate the handle to carry on threading/unthreading. Instead, one can simply flip over the handle and repeat rotating the handle to complete the threading/unthreading operation. In addition to the application of a hex-key or Allen wrench, it is appreciated that people of skill in the art may modify the disclosure of this embodiment and apply to other types of driving tools such as a box wrench, an open-end wrench, a socket wrench, or the like.

FIG. 1(a) shows a side view of the wrench comprising two driving stems pivotally connected with each other. In this embodiment, a roll pin 14 is used to thread through each of the driving stems. It is appreciated that the roll pin 14 can also replaced with other similar coupler such as a set of bolt and nut. The usage of the roll pin 14 can be clearly observed from the partly exploded front views as shown in FIG. 1(a) and FIG. 1(b). FIGS. 1(a) to 1(c) all show the wrench with the driving stems 10, 12 positioned perpendicularly with each other.

As an alternative configuration, FIGS. 1(d) and 1(e) show the wrench having an end with cut away grove and rounded stem end corners 26 at one end of the driving stem 10. Said rounded end is designed for ease of engaging the wrench with the fastening device such as a screw, a bolt, or a nut. As an alternative configuration, FIG. 1(f) shows the cut away grove and rounded stem end corners 26 at one end of the driving stem 12. As another alternative configuration, FIG. 1(g) shows the cut away grove and rounded stem end corners 26 being at one end of the driving stem 10 and at one end of the driving stem 12.

FIGS. 2(a) and 2(b) show both the side view and the front view of the driving stem 10 of the wrench. As shown in FIG. 2(a), the driving stem 10 comprises a female joint at one end thereof. At the end of the driving stem 10, a rectangular section extends from the driving stem, and two fillets 16 with equal dimensions stand out from two opposite edges of the rectangular section and leave a space in between. FIG. 2(c) shows a cross sectional view of the driving stem 10 cutting along the line II—II. As shown in FIG. 2(c), the cross section of the driving stem 10 is a hexagon with a width of d for each side. The cant of each side is about 60 degrees.

As illustrated in FIG. 2(d), the width of the fillets 16 is equal to √3d, and the thickness of each plate is equal to half of the length of each side, that is, d/2. It is appreciated that the thickness and width are not limited only to such magnitudes and the wrench can still work properly while the thickness of the fillets vary. Referring to FIG. 2(b), each of the fillets 16 has a hole in the center thereof. The holes of both fillets 16 align with each other such that a roll pin 14 as shown in FIG. 1(a) can thread through both holes.

FIGS. 3(a) to 3(c) show the driving stem 12 with a male joint 22. The male joint 22 includes a projection of rectangular cross section which protrudes from a central portion of one end from one side to the opposite side of the driving stem 12. The male joint 22 has a thickness to be fitted into the space between two fillets 16 of the female joint of the driving stem 10. Preferably, the thickness is approximately

4

equal to the length d of one side of the driving stem 10. The width of the projection 22 is about √3d.

FIG. 3(c) shows a cross sectional view of the driving stem 12 along the cutting line III—III. It is clearly seen that the driving stem 12 has a hexagon cross section with each side having a width of d. A top view of the male joint on top of the driving stem 12 is shown as FIG. 3(d). The male joint also has a hole in the center thereof to enable the roll pin 14 to thread through as shown in FIG. 3(b). Referring to FIG. 3(b), the male joint is a dome like structure having a width approximately the same as the width of the space between the fillets 16 in the driving stem 10. Thus, these two stems 10 and 12 are pivotally coupled to each. One can thus flip one of the driving stems 10 and 12 from an angle of 90 degrees to an angle of 270 degrees with respect to the other driving stem.

FIG. 4 shows the assembly of the driving stems 10 and 12. The length of both driving stems 10 and 12 can be varied according to specific requirement. Preferably, the driving stem 10 with a female joint is longer than the driving stem with a male joint. While assembling as shown in FIG. 4, for example, driving stem 12 is approaching the driving stem 10 with the male joint towards the female joint along the direction of arrow 42. Being engaged with the driving stem 10, a roll pin 14 threads into the holes of the male and female joint to fasten the driving stems 10 and 12 to an extent that one of them can flip over the other. Radial compression of the roll pin while being inserted provides some rotational resistance to the rotating action. The direction to thread the roll pin 14 through both the driving stems 10 and 12 is illustrated as the arrow 41.

FIG. 5(a) to FIG. 6(e) show another embodiment according to the invention. In FIG. 5(a) to FIG. 5(e), a driving stem with another type of male joint is illustrated, while in FIG. 6(a) to FIG. 6(e), a driving stem with another type of female joint is illustrated. In this embodiment, preferably, the driving stem with a male joint is shorter than the driving stem with a female joint.

FIG. 5(a) and FIG. 5(b) are a side view and front view of the driving stem with a male joint. In FIG. 5(a), one end of the driving stem 52 comprises a male joint portion 54. The male joint portion further comprises a base portion 54a extending from the main stem of the driving stem 52 with a curved bottom and a flat top. On top of the flat top of the base portion 54a, there is a flat plate 54b, and at the central portion of the flat plate 54b, a fillet 54c stands out. The side view of such male joint portion 54 is shown in FIG. 5(b).

A cross sectional view cutting along the line V—V is shown as FIG. 5(c). The cross section of the main stem of the driving stem 52 is in a hexagonal shape with each side having a width of d and a cant of about 60 degrees.

A top view of the male joint portion 54 is shown as FIG. 5(d). From the top view, the male joint portion 54 is like a circle that covers the whole cross section of the main stem. The thickness of the fillet 54c is approximately equal to d, and the width of the fillet 54c, that is, the diameter of the male joint base portion 54b is substantially larger than √3d.

In addition, as shown in FIG. 5(e), the edge 50 of the fillet 54c has been rounded. FIG. 6(a) and FIG. 6(b) are a side view and front view of the driving stem 62 with a female joint 64. In FIG. 6(a), one end of the driving stem 62 comprises a female joint portion 64. The female joint portion further comprises a base portion 64a extending from the main stem of the driving stem 62 with a curve bottom and a flat top. Protruding from the cylindrical base portion 64, there is a fork-like structure 64b that allows the fillet 54c of

US 6,443,039 B1

5

the driving stem 52 in FIG. 5(a) to be engaged therein. The fork-like structure, as shown in FIG. 6(a), comprises a slotted extension of the cylindrical base portion 64 with a rounded end as shown by FIG. 6(b), thereby forming two prongs with flat machined interior faces and cylindrical curved outer surfaces as shown by FIGS. 6(a) and 6(d).

The side view of such female joint portion 64 is shown in FIG. 6(b). A cross sectional view cutting along the line VI—VI is shown as FIG. 6(c). The cross section of the main stem of the driving stem 62 is a hexagonal shape with each side having a width of d and a cant of about 60 degrees. A top view of the female joint portion 64 is shown as FIG. 6(d). From the top view, space allowing the fillet 54c to be engaged therein has a thickness of approximately d, and the base section diameter of the female joint portion 64 is much larger than $\sqrt{3}$d with exact dimension based on strength calculations.

Other embodiments of the invention will appear to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples to be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A wrench, comprising:

a first driving stem, comprising further:

a main stem; and

female joint, further comprising two fillets protruding from two opposite sides of the main stem with a space in between, wherein each fillet comprises a hole;

6

a second driving stem, comprising further:

a main stem; and

a male joint, comprising a hole and protruding from the main body at a center thereof;

an engaging means, being threaded through the holes of the fillets of the first driving stem and the hole of the male joint projection of the second driving stems while the male projection is engaged within the space between the fillets.

2. The wrench according to claim 1, wherein the first and the second driving stems comprise hex-keys.

3. The wrench according to claim 1, wherein the first and the second driving stems each have a rounded end to flip over the other driving stem.

4. The wrench according to claim 1, wherein the first and the second driving stems are of different lengths.

5. The wrench according to claim 1, wherein said driving stem having an end portion opposite of the female joint, said end portion having rounded corners and a grove between said rounded corners and the driving stem.

6. The wrench according to claim 1, wherein said first driving stem having an end portion opposite of the female joint, said end portion having a cut-away grove and a rounded end at the end of said stem.

*    *    *    *    *

**EXHIBIT  B**

US006688196B2

(12) **United States Patent**

Warner

(10) Patent No.: **US 6,688,196 B2**

(45) Date of Patent: **Feb. 10, 2004**

(54) **WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER**

(75) Inventor: **Mark S. Warner**, 23832 Birch La., Mission Viejo, CA (US) 92691

(73) Assignees: **Mark S. Warner**, Mission Viejo, CA (US); **Paul W. Petersen**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/118,444**

(22) Filed: **Apr. 6, 2002**

(65) **Prior Publication Data**

US 2002/0108473 A1 Aug. 15, 2002

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/649,745, filed on Aug. 28, 2000, now Pat. No. 6,443,039, which is a continuation-in-part of application No. 09/542,824, filed on Apr. 4, 2000, now Pat. No. 6,314,844.

(51) Int. Cl.[7] .............................................. **B25B 23/00**

(52) U.S. Cl. .................................... **81/440; 81/177.6**

(58) Field of Search ............................... 81/440, 177.2, 81/177.6, 177.7, 458, 488; 7/100; 1/165

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,302,197 A | * | 4/1919 | Miller et al. ............... | 81/125.1 |
| 2,679,778 A | * | 6/1954 | Kraft ............................ | 81/439 |
| 2,951,405 A | * | 9/1960 | Enquist ....................... | 81/440 |
| 3,892,149 A | * | 7/1975 | Rydberg ...................... | 81/440 |
| 4,271,731 A | * | 6/1981 | Suligoy et al. ............ | 81/177.7 |
| 4,699,030 A | * | 10/1987 | Yang ............................ | 81/440 |
| 4,848,197 A | * | 7/1989 | Kikel .......................... | 81/440 |
| 5,926,885 A | * | 7/1999 | Williams ....................... | 7/165 |
| 5,943,925 A | * | 8/1999 | Huang ........................ | 81/177.2 |
| 6,016,728 A | * | 1/2000 | Bohl ............................ | 81/437 |

* cited by examiner

*Primary Examiner*—Joseph J. Hail, III
*Assistant Examiner*—David B. Thomas
(74) *Attorney, Agent, or Firm*—Charles C. H. Wu; Wu & Cheung, LLP

(57) **ABSTRACT**

A wrench having two driving stems pivotally connected with each other. One of the driving stems has a main stem and a female joint protruding from a rectangular or cylindrical section of the main stem with a hole at a center thereof. The other driving stem has the other main stem and a male joint projecting out of the center of a rectangular or cylindrical section of the main stem. The male joint and the female joint are engaged with each other via a coupler such as a roll pin. Therefore, without using an additional hinge or other mechanical coupler, these two driving stems are pivotally connected with each other.

**8 Claims, 10 Drawing Sheets**



-20-



*FIG. 1(c)*



*FIG. 1(a)*        *FIG. 1(b)*



*FIG. 1(d)*          *FIG. 1(e)*



*FIG. 1(f)*

**U.S. Patent**       Feb. 10, 2004       Sheet 4 of 10       **US 6,688,196 B2**



*FIG. 1(g)*

Case 8:12-cv-00030-DOC-AN   Document 1   Filed 01/06/12   Page 27 of 40   Page ID #:27



**FIG. 1(j)**
CROSS-SECTION
VIEW A-A

**FIG. 1(k)**
CROSS-SECTION
VIEW B-B

*FIG. 1(h)*          *FIG. 1(i)*



FIG. 2(d)

FIG. 2(c)

FIG. 2(a)          FIG. 2(b)



FIG. 3(d)

FIG. 3(c)

FIG. 3(a)       FIG. 3(b)



*FIG. 4*

**U.S. Patent**        Feb. 10, 2004        Sheet 9 of 10        US 6,688,196 B2



FIG. 5(d)

FIG. 5(a)

FIG. 5(b)

FIG. 5(c)



FIG. 6(d)

FIG. 6(c)

FIG. 6(a)     FIG. 6(b)

US 6,688,196 B2

# WRENCHES HAVING TWO DRIVING STEMS PIVOTALLY CONNECTED WITH EACH OTHER

## CROSS REFERENCE

This application is a continuation in part of the parent application Ser. No. 09/649,745 filed Aug. 28, 2000, now U.S. Pat. No. 6,443,039, the full disclosure of which is incorporated herein by reference. Application Ser. No. 09/649,745 is a continuation in part of parent application of No. 09/542,824, filed on Apr. 4, 2000, now U.S. Pat. No. 6,314,844.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates in general to a wrench having two driving stems pivotally connected with each other. More particularly, this invention relates to a hex key type or Allen wrench having two individual driving stems pivotally connected with each other.

### 2. Description of the Related Art

A conventional wrench, for example, an Allen wrench, used for gripping and turning or twisting the head of a bolt, a cap screw, a nut, a pipe, or the like commonly comprises a one-piece L-shape metal with one end used as the driving stem and the other end used as a handle.

In U.S. Pat. No. 5,943,925, Huang discloses a tool having a foldable structure. The foldable structure disclosed by Huang comprises a coupler pivotally coupled between a driving stem and a handle. Applying the foldable structure to the Allen wrench, the driving stem can be folded in parallel with the handle, that is, with a zero angle relative to the handle. This results in a more compact space for storing the tool. In Huang, with respect to the handle, the driving stem can be rotated from an angle of zero degrees to an angle of 180 degrees. While turning a bolt in a limited space, for example, around the boundary of two perpendicularly joint planes, the handle of the Allen wrench adopting the foldable structure disclosed by Huang can only be turned between zero degrees to 180 degrees along a surface perpendicular to the driving stem. When a half circle of the turning action is complete, the user has to disengage the wrench from the bolt. By repositioning the handle to the original point of the turning action, the turning action is repeated until the bolt is fastened as required.

In other words, while tightening/untightening a screw, a bolt or a nut in a plane with a limited degree of freedom, a user may need to repeat engaging and disengaging the driving stem to reposition the handle. Moreover, using this conventional structure, there is only one end of the wrench that can be used as the driving tool while the other end is used as a handle only. When a different torque is required, or a screw, a bolt or a nut with different depth is to be driven thereby, a different driving stem has to be connected and reassembled.

## SUMMARY OF THE INVENTION

The invention provides a wrench having two driving stems pivotally connected with each other. One of the driving stems has a female fork joint protruding from the main stem with a hole at the center thereof. The other driving stem has a male connecting joint protruding form the axial center of the main stem. The male joint and the female joint are engaged with each other via a connector such as a roll pin. Therefore, without using an additional hinge or other mechanical coupler, these two driving stems are pivotally connected with each other. One of these two pivotally connected driving stems flips from an angle of about 90 degrees to an angle of about 270 degrees relative to the other.

Thus arranged, one of the driving stems used as a handle can flip with an angle from about 90 degrees to about 270 degrees with respect to the other of the driving stems used for driving a screw, a bolt or a nut. Therefore, when the rotation of the handle is obstructed, the handle can be lifted up or down to perform fastening or removing. The specific flipping angle of the handle actually depends on the distance between the driving stems. That is, the handle can also be flipped from an angle less than 90 degrees to an angle larger than 270 degrees.

The applicability of the wrench structure provided by the invention is also applicable for driving a socket head screw, bolt or nut, including bolts or screws having a "star" shaped heads commonly referred to as the Torx® tips, in a space with limited degree of freedom. For example, in the situation that the rotation of the handle is obstructed by the presence of an object. For example, while driving a socket head cap screw on a plane with a second plane protruding nearby, the screw is engaged with the driving stem, and the handle is turned to drive the driving stem, so as to thread/unthread the screw. Being obstructed by the protruding object, the rotating range of the handle is limited within a certain angle along a surface parallel to the first plane. When the rotating action of the handle is from one end to the other, that is, from an angle of zero degree to the certain degree along the surface, the user does not need to disengage the driving stem from the nut. Instead, the user can simply flip the handle to the other end, that is, from the angle of 90 degrees to 270 degrees relative to the driving stem, and carry on driving the screw.

In addition, with the structure of two driving stems pivotally connected together, one may choose either one of the driving stems as a handle, and the other driving stem to engage and drive an object, for example, a screw, a nut, a bolt including bolts or screws having a "star" shaped heads commonly referred to as the Torx® tips or the like. When an object with a different depth is to be engaged and driven, or when a different torque is required, one may interchange the functions of these two driving stems. Further, in certain circumstances, the user may choose to align the two stems with each other (at zero degree angle) and drive the object by applying a socket wrench to the free end of the stem opposite the driving stem.

Both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention, as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1(a) to FIG. 1(k) are side and front views of a wrench with one driving stem positioned perpendicularly to the other driving stem in accordance with the present invention;

FIG. 2(a) to FIG. 2(d) show different views of one of the driving stems with a female joint in accordance with the present invention;

FIG. 3(a) to FIG. 3(d) show different views of one of the driving stems with a male joint in accordance with the present invention;

FIG. 4 shows the method of assembling two driving stems in accordance with the present invention;

FIG. 5(a) to FIG. 5(d) are different views of a driving stem with a male joint in another embodiment according to

US 6,688,196 B2

**3**

the invention (i.e., an alternative design with greater strength male joint); and

FIG. 6(a) to FIG. 6(d) are different views of a driving stem with a female joint in another embodiment according to the invention (i.e., an alternative design with greater strength female joint.)

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIGS. 1(a) to 6(e) illustrate the present invention embodied by a hex-key type or Allen wrench with two driving stems pivotally connected with each other. Being pivotally connected, one of the driving stems is used as a handle to drive the other driving stem so that an object such as a socket head nut, screw or bolt can be threaded or unthreaded. When one is threading/unthreading the object, the handle can be flipped from an angle of about 90 degrees to about 270 degrees with respect to the driving stem used to unthread/unthread the object. In this manner, even with the presence of an object that obstructs the threading/unthreading operation, the user does not need to disengage the object and rotate the handle to carry on threading/unthreading. Instead, one can simply flip over the handle and repeat rotating the handle to complete the threading/unthreading operation. In addition to the application of a hex-key or Allen wrench, it is appreciated that people of skill in the art may modify the disclosure of this embodiment and apply to other types of driving tools such as a box wrench, an open-end wrench, a socket wrench, or the like.

FIG. 1(a) shows a side view of the wrench comprising two driving stems pivotally connected with each other. In this embodiment, a roll pin 14 is used to thread through each of the driving stems. It is appreciated that the roll pin 14 can also replaced with other similar coupler such as a set of bolt and nut. The usage of the roll pin 14 can be clearly observed from the partly exploded front views as shown in FIG. 1(a) and FIG. 1(b). FIGS. 1(a) to 1(c) all show the wrench with the driving stems 10, 12 positioned perpendicularly with each other.

As an alternative configuration, FIGS. 1(d) and 1(e) show the wrench having an end with cut away grove and rounded stem end corners 26 at one end of the driving stem 10. Said rounded end is designed for ease of engaging the wrench with the fastening device such as a screw, a bolt, or a nut. As an alternative configuration, FIG. 1(f) shows the cut away grove and rounded stem end corners 26 at one end of the driving stem 12. As another alternative configuration, FIG. 1(g) shows the cut away grove and rounded stem end corners 26 being at one end of the driving stem 10 and at one end of the driving stem 12.

FIGS. 1(h) and 1(i) are side and frontal views of the wrench with Torx® tips at both short and long driving stems. Although not shown, it is possible to have the Torx® tip be placed at just the short driving stem or be placed at just the long driving stem. FIGS. 1(j) and (k) are the cross-section views of the driving stems.

FIGS. 2(a) and 2(b) show both the side view and the front view of the driving stem 10 of the wrench. As shown in FIG. 2(a), the driving stem 10 comprises a female joint at one end thereof. At the end of the driving stem 10, a rectangular section extends from the driving stem, and two fillets 16 with equal dimensions stand out from two opposite edges of the rectangular section and leave a space in between. FIG. 2(c) shows a cross sectional view of the driving stem 10 cutting along the line II—II. As shown in FIG. 2(c), the cross section of the driving stem 10 is a hexagon with a width of d for each side. The cant of each side is about 60 degrees.

**4**

As illustrated in FIG. 2(d), the width of the fillets 16 is equal to √3d, and the thickness of each plate is equal to half of the length of each side, that is, d/2. It is appreciated that the thickness and width are not limited only to such magnitudes and the wrench can still work properly while the thickness of the fillets vary. Referring to FIG. 2(b), each of the fillets 16 has a hole in the center thereof. The holes of both fillets 16 align with each other such that a roll pin 14 as shown in FIG. 1(a) can thread through both holes.

FIGS. 3(a) to 3(c) show the driving stem 12 with a male joint 22. The male joint 22 includes a projection of rectangular cross section which protrudes from a central portion of one end from one side to the opposite side of the driving stem 12. The male joint 22 has a thickness to be fitted into the space between two fillets 16 of the female joint of the driving stem 10. Preferably, the thickness is approximately equal to the length d of one side of the driving stem 10. The width of the projection 22 is about √3d.

FIG. 3(c) shows a cross sectional view of the driving stem 12 along the cutting line III—III. It is clearly seen that the driving stem 12 has a hexagon cross section with each side having a width of d. A top view of the male joint on top of the driving stem 12 is shown as FIG. 3(d). The male joint also has a hole in the center thereof to enable the roll pin 14 to thread through as shown in FIG. 3(b). Referring to FIG. 3(b), the male joint is a dome like structure having a width approximately the same as the width of the space between the fillets 16 in the driving stem 10. Thus, these two stems 10 and 12 are pivotally coupled to each. One can thus flip one of the driving stems 10 and 12 from an angle of 90 degrees to an angle of 270 degrees with respect to the other driving stem.

FIG. 4 shows the assembly of the driving stems 10 and 12. The length of both driving stems 10 and 12 can be varied according to specific requirement. Preferably, the driving stem 10 with a female joint is longer than the driving stem with a male joint. While assembling as shown in FIG. 4, for example, the driving stem 12 is approaching the driving stem 10 with the male joint towards the female joint along the direction of arrow 42. Being engaged with the driving stem 10, a roll pin 14 threads into the holes of the male and female joint to fasten the driving stems 10 and 12 to an extent that one of them can flip over the other. Radial compression of the roll pin while being inserted provides some rotational resistance to the rotating action. The direction to thread the roll pin 14 through both the driving stems 10 and 12 is illustrated as the arrow 41.

FIG. 5(a) to 6(e) show another embodiment according to the invention. In FIG. 5(a) to 5(e), a driving stem with another type of male joint is illustrated, while in FIG. 6(a) to FIG. 6(e), a driving stem with another type of female joint is illustrated. In this embodiment, preferably, the driving stem with a male joint is shorter than the driving stem with a female joint.

FIG. 5(a) and FIG. 5(b) are a side view and front view of the driving stem with a male joint. In FIG. 5(a), one end of the driving stem 52 comprises a male joint portion 54. The male joint portion further comprises a base portion 54a extending from the main stem of the driving stem 52 with a curved bottom and a flat top. On top of the flat top of the base portion 54a, there is a flat plate 54b, and at the central portion of the flat plate 54b, a fillet 54c stands out. The side view of such male joint portion 54 is shown in FIG. 5(b).

A cross sectional view cutting along the line V—V is shown as FIG. 5(c). The cross section of the main stem of the driving stem 52 is in a hexagonal shape with each side having a width of d and a cant of about 60 degrees.

US 6,688,196 B2

5

A top view of the male joint portion 54 is shown as FIG. 5(d). From the top view, the male joint portion 54 is like a circle that covers the whole cross section of the main stem. The thickness of the fillet 54c is approximately equal to d, and the width of the fillet 54c, that is, the diameter of the male joint base portion 54b is substantially larger than √3d.

In addition, as shown in FIG. 5(e), the edge 50 of the fillet 54c has been rounded. FIG. 6(a) and FIG. 6(b) are a side view and front view of the driving stem 62 with a female joint 64. In FIG. 6(a), one end of the driving stem 62 comprises a female joint portion 64. The female joint portion further comprises a base portion 64a extending from the main stem of the driving stem 62 with a curve bottom and a flat top. Protruding from the cylindrical base portion 64, there is a fork-like structure 64b that allows the fillet 54c of the driving stem 52 in FIG. 5(a) to be engaged therein. The fork-like structure, as shown in FIG. 6(a), comprises a slotted extension of the cylindrical base portion 64 with a rounded end as shown by FIG. 6(b), thereby forming two prongs with flat machined interior faces and cylindrical curved outer surfaces as shown by FIGS. 6(a) and 6(d).

The side view of such female joint portion 64 is shown in FIG. 6(b). A cross sectional view cutting along the line VI—VI is shown in FIG. 6(c). The cross section of the main stem of the driving stem 62 is a hexagonal shape with each side having a width of d and a cant of about 60 degrees. A top view of the female joint portion 64 is shown as FIG. 6(d). From the top view, space allowing the fillet 54c to be engaged therein has a thickness of approximately d, and the base section diameter of the female joint portion 64 is much larger than √3d with exact dimension based on strength calculations.

Other embodiments of the invention will appear to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples are to be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A pivotal wrench comprising:

a first driving stem, comprising further:

a main hexagonal stem;

an enlarged female joint section at the proximal end of the first driving stem comprising:

a conical transition section; and

a cylindrical or square base section further comprising two fillets protruding from two opposite sides of the base section with a space in between wherein each fillet comprises a hole;

6

a second driving stem, comprising further:

a main hexagonal stem;

an enlarged male joint section at the proximal end of the second driving stem comprising:

a conical transition section; and

a cylindrical or square base section further comprising a fillet extending out at the center of the base section wherein the fillet comprises a hole;

an engaging means being threaded through the holes of the female joint section fillets of the first driving stem and the hole of the male joint section fillet of the second driving stem wherein the male joint fillet is engaged within the space between the two female joint fillets.

2. The pivotal wrench according to claim 1, wherein the engaging means includes one or a combination of a roll pin or solid pin, a machine screw, a bolt and nut, a washer or washers, and a rivet.

3. The pivotal wrench according to claim 1, wherein the first and second driving stems each have a rounded proximal end in order to flip over the other driving stem.

4. The pivotal wrench according to claim 1, wherein the first and second driving stems are of different lengths but wherein the main hexagonal stem sections are of the same cross sectional size and shape.

5. The pivotal wrench according to claim 1, wherein the distal end of the first driving stem has rounded corners and a cut-away groove between said rounded corners and the main hexagonal section of said driving stem, wherein said feature is commonly referred to as a "ball end".

6. The pivotal wrench according to claim 1, wherein the distal end of the second driving stem has rounded corners and a cut-away groove between said rounded corners and the main hexagonal section of said driving stem, wherein said feature is commonly referred to as a "ball end".

7. The pivotal wrench according to claim 1, wherein the distal end of the first driving stem comprises an axial extension of the main hexagonal section of said driving stem with said axial extension having a star of multi-splined cross sectional shape suitable for engaging the inner surface of a fastener socket of complementary cross-section shape.

8. The pivotal wrench according to claim 1, wherein the distal end of the second driving stem comprises an axial extension of the main hexagonal section of said driving stem with said axial extension having a star of multi-splined cross sectional shape suitable for engaging the inner surface of a fastener socket of complementary cross-sectional shape.

*   *   *   *   *

Name & Address:
David R. Flyer, a Professional Law Corporation
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8444
DavidFlyerPLC@aol.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN SCOTT DISTRIBUTORS, INC.,<br><br>v.<br>                                    **PLAINTIFFS,** | CASE NUMBER |
| SEARS, ROEBUCK & COMPANY; WAL-MART STORES, INC.; STAR ASIA, USA, LLC, DBA TITAN; NEWEGG, INC., DBA NEWEGG.COM; RESTOCKIT, LLC, DBA RESTOCKIT.COM; TOOL FETCH, LLC; TOOLKING, LLC, DBA TOOLKING.COM; GREAT AMERICAN, INCORPORATED, DBA DISCOUNT FLEET SUPPLY AND/OR DISCOUNTFLEETSUPPLY.COM; GREAT DEALS, INC., DBA AUTO TOOL WORLD; UNIQUE TRUCK EQUIPMENT, INC.; QUALITY TOOLS FOR LESS, LLC; TOOLTOPIA, LLC, DBA TOOLTOPIA.COM; ROCK BOTTOM PRICING, INC.; UNBEATABLESALE.COM, INC.; FREEDOM USA, INCORPORATED, DBA AVADIRECT CUSTOM COMPUTERS, DBA ANTARESPRO; DYNAMITE TOOL CO.; MONSTRONIX, INC.; FIND IMPORT CORPORATION, DBA OPENTIP.COM; ERIS MARKETING, LLC; TOOLSOURCE.COM, INC.; and DOES 1-10, INCLUSIVE,<br>                                  **DEFENDANTS.** | SACV12·00030 DOC(AN)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>David R. Flyer</u>_____, whose address is <u>4120 Birch St., Ste. 101, Newport Beach, CA 92660</u>_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **January 6, 2012**

By: _____
                   Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>WARREN SCOTT DISTRIBUTORS | DEFENDANTS<br>SEARS, ROEBUCK & COMPANY; WAL-MART STORES, INC.; STAR ASIA, USA, LLC, DBA TITAN; (see attached for rest of defendants) |
|---|---|
| b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>David R. Flyer, a Professional Law Corporation, 4120 Birch St., Ste. 101, Newport Beach, CA 92660 (949) 622-8444 | Attorneys (If Known) |

**. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☑ MONEY DEMANDED IN COMPLAINT: $_____

**I. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringment, 35 U.S.C. §§271, 281-285, and 289

**II. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

SACV12-00030

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
Case 8:12-cv-00030-DOC-AN   Document 1   Filed 01/06/12   Page 38 of 40   Page ID #:38
Civil cover sheet

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Sears, Roebuck & Co and Walmart Stores:  Orange County<br>Newegg, Inc.:  Los Angeles County | See attachment IX(b) for list of defendants outside California and their respective states |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _~~signature~~_   Date ___1/5/12___

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

ATTACHMENT I(a)

Continuation Sheet for Civil Cover Sheet

Defendants continued:

NEWEGG, INC., DBA NEWEGG.COM; RESTOCKIT, LLC, DBA RESTOCKIT.COM; TOOL FETCH, LLC; TOOLKING, LLC, DBA TOOLKING.COM; GREAT AMERICAN, INCORPORATED, DBA DISCOUNT FLEET SUPPLY AND/OR DISCOUNTFLEETSUPPLY.COM; GREAT DEALS, INC., DBA AUTO TOOL WORLD; UNIQUE TRUCK EQUIPMENT, INC.; QUALITY TOOLS FOR LESS, LLC; TOOLTOPIA, LLC, DBA TOOLTOPIA.COM; ROCK BOTTOM PRICING, INC.; UNBEATABLESALE.COM, INC.; FREEDOM USA, INCORPORATED, DBA AVADIRECT CUSTOM COMPUTERS, DBA ANTARESPRO; DYNAMITE TOOL CO.; MONSTRONIX, INC.; FIND IMPORT CORPORATION, DBA OPENTIP.COM; ERIS MARKETING, LLC; TOOLSOURCE.COM, INC.; and DOES 1-10, INCLUSIVE,

ATTACHMENT IX(b)

| | |
|---|---|
| STAR ASIA, USA, LLC | Washington |
| RESTOCKIT, LLC | Florida |
| TOOL FETCH, LLC | New York |
| TOOLKING, LLC | Colorado |
| GREAT AMERICAN, INCORPORATED | Georgia |
| GREAT DEALS, INC. | Ohio |
| UNIQUE TRUCK EQUIPMENT, INC. | Michigan |
| QUALITY TOOLS FOR LESS, LLC | Colorado |
| TOOLTOPIA, LLC. | Louisiana |
| ROCK BOTTOM PRICING, INC. | Washington |
| UNBEATABLESALE.COM, INC. | New Jersey |
| FREEDOM USA, INC. | Ohio |
| DYNAMITE TOOL CO. | New York |
| MONSTRONIX, INC. | Illinois |
| FIND IMPORT CORPORATION | Massachusetts |
| ERIS MARKETING, LLC | Ohio |
| TOOLSOURCE.COM, INC. | New York |